McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Richard K. Birmingham

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
In re:                                                   :
                                                         : Chapter 7 Case No. 05-37691 (KCF)
RICHARD K. BIRMINGHAM,                                   :
                                                         :
        Debtor.                                          :
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR
## RELEASE OF UNCLAIMED SURPLUS FUNDS

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

THIS MATTER having been opened to the Court by Richard K. Birmingham, the above-captioned debtor (the "Debtor"), by and through his attorneys, McNally & Associates, L.L.C., upon the filing of the motion by the Debtor for Entry of an Order for Release of Unclaimed Surplus Funds (the "Motion"); and the Court having considered the Certification of Richard K. Birmingham is Support of the Motion, an the exhibits filed therewith; and it appearing that after administration of this Chapter 7 estate, that the Chapter 7 Trustee (Barry Frost) deposited with the Clerk of the Bankruptcy Court the sum of $17,600.03 in surplus funds (the "Surplus Funds"); and it appearing that no party other than the Debtor has an interest in the Surplus Funds; and that the Debtor is the party with "full proof of the right thereto" in accordance with 28 U.S.C. § 2042; and good cause having been shown for the relief granted herein; IT IS

ORDERED that for the reasons stated in the Certification of Richard K. Birmingham filed with the Motion, and in accordance with 28 U.S.C. § 2042, the Clerk of the Bankruptcy Court is instructed to issue a check in the amount of $17,600.93 payable to Richard K. Birmingham representing a refund to the Debtor of the Surplus Funds, and to deliver said check via mail to the Debtor's counsel as follows:

    McNally & Associates, L.L.C.
    Attn: Stephen B. McNally, Esq.
    93 Main Street
    Newton, New Jersey 07860